IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL W. DUGGAN               *

    *Plaintiff*                      *

                               *

                                                                                 CASE NO. PWG-12-cv-2230

v.

                              *

DANIEL M. BERINSTEIN, M.D., et al.
                                          *

    *Defendants*
                                           *

**************

## STIPULATION OF DISMISSAL

Please dismiss the above-captioned matter, with prejudice, as to Defendants Daniel M. Berinstein, M.D., The Retina Group of Washington, P.C., Lilia G. Banzon, M.D., The Friendship Ambulatory Surgery Center, P.C., Suburban Hospital, Inc., and Suburban Hospital Healthcare System. Costs to be borne by these Defendants.

Respectfully submitted,

*/s/ Wilson K. Barnes, III*
Wilson K. Barnes, III (#26256)
Dumer, Harrison & Barnes, P.A.
31 E. Lee Street
Bel Air, Maryland 21014
(443) 602-3939
wbarnes@dhblawyers.com
Fax: 410 838-1017
Attorneys for Plaintiff Michael Duggan

_____
Daniel C. Costello, Esquire
Timothy D. Fisher, Esquire
Wharton, Levin, Ehrmantrout& Klein, P.A.
104 West Street
P.O. Box 551
Annapolis, Maryland  21404-0551
*Attorneys for Defendants Daniel Berinstein, M.D.*
*And The Retina Group of Washington, P.C.*



_____
Robert J. Farley, Esquire
Wray Fitch, Esquire
Wharton, Levin, Ehrmantrout& Klein, P.A.
104 West Street
P.O. Box 551
Annapolis, Maryland  21404-0551
*Attorneys for Lila Banzon, M.D. and the Friendship Ambulatory*
*Surgery Center, P.C.*



_____
Michael E. von Diezelski, Esquire
LeClairRyan
180 Admiral Cochrane Drive, Suite 370
Annapolis, Maryland  21401
*Attorneys for Suburban Hospital, Inc. and Suburban Hospital*
*Healthcare System, Inc.*